# Exhibit 2

**Atlassian (Confluence) Claim Chart For U.S. Patent 9,565,149**

*Preliminary based on best available information*

| US Pat. No. 9,565,149 | Confluence ("Accused Product") |
|---|---|
| 1. A communications system comprising: | Confluence is a communication system.<br><br>As shown below, the accused software system, Confluence, provides for communication between users (e.g., groups, teams, individuals, etc.).  For example, the following excerpts from Confluence's websites provide that: "Confluence is your remote-friendly team workspace where knowledge and collaboration meet.  Build, organize, and collaborate on work in one place from virtually anywhere."<br><br>See https://www.atlassian.com/software/confluence |



Further the screen shot below taken from the Confluence cloud-based software illustrates the use of at least one of the communication systems in Confluence.



| a first user device presenting a first user interface; | Confluence utilizes a first user device presenting a first user interface.

For example, the following excerpts from Confluence's websites provide that: "[y]ou can create a page (or content) from anywhere in Confluence;" and "[i]n Confluence, you and your team can work on pages together. You can write at the same time, give each other feedback, and compare page versions to see what's changed."

See https://support.atlassian.com/confluence-cloud/docs/create-edit-and-publish-a-page/ |



|  | Further the screen shots below taken from the Confluence cloud-based software illustrate a first user interface being presented to a first user by the Confluence software.<br><br>The "First Page" from a first user's view (User: EB). |
|---|---|



Zoomed in version of the above image showing EB as first user.

| | |
|---|---|
| a second user device presenting a second user interface; | Confluence utilizes a second user device presenting a second user interface. |
| | For example, the following excerpt from Confluence's websites provide that: "When viewing a page without restrictions, the following actions are possible." |
| | See Confluence Support https://support.atlassian.com/confluence-cloud/docs/view-a-page/ |



Atlassian Support / Confluence / Resources / Create and organize w... / Create and edit content

# View a page

After a page has been published, the high-level details about the content are presented at the top of the page. This information is useful in helping you understand how fresh the content is, how many people collaborated on the content, how long it will take to read, and what changed since the last time it was published.



The page information includes the following:

1. **Breadcrumb** — Path that shows the location of the page; it starts with space name followed by the location in the page tree
2. **Referenced links** — If your Confluence instance is connected to Jira, the Jira links referenced on the page are aggregated here; select this area to show all Jira issues by number, status, and issue summary
3. **Page actions** — The most frequently used actions are represented by selectable icons with additional actions available in the **More actions** ( ••• ) menu
4. **Page name** — Title of the page; page names must be unique within a space
5. **Contributors** — The avatars of the people who created, edited, and published the page
6. **Page creator** — The name of the person who created the page
7. **Last updated** — Shows the time the page was first published or updated; if it was published more than 24 hours ago, the date is shown
8. **Read time** — The estimated time it takes to read a page. Read time is based on average reading speed of 265 WPM + 12 sec for the first image + 11 sec for second image and so on until the tenth image. Ten or more images each add 3 seconds to the read time.
9. **Analytics** — Get insights on how your site, spaces, and pages are performing and how active users are. Analytics is available to all users with Premium.

> Your administrator can determine which of the information is presented in your Confluence instance.

Further: "You, [a second user, e.g., non-creator/first user], can 'watch' a Confluence page, blog post or space.  Confluence will then send you a notification email whenever anyone updates your watched content."

See Confluence Support https://confluence.atlassian.com/doc/watch-pages-spaces-and-blogs-139579.html

"No one can view your draft when you first create it.  By default, drafts aren't findable – they don't show up in page trees and won't show up in search results."  "Once you have decided to add a comment to the page or blog you are publishing, you can easily decide if your watchers get notified."

See Confluence Support https://support.atlassian.com/confluence-cloud/docs/create-edit-and-publish-a-page/

### Drafts

Confluence autosaves as you go whenever you're using the editor. This makes it easy to create a page and start scribbling and when you're ready to stop but not quite sure if you're going to do anything with it, you can just select **Close** in the editor without publishing. This creates a draft – an unpublished page or blog post that you can get back to at any time by heading to **Recent** > **Drafts** from the navigation.

#### Who can see your draft

**No one can view your draft when you first create it.** By default, drafts aren't findable — they don't show up in page trees and won't show up in search results. The only way someone can view your draft is if they have the URL to the draft, and the only way they'd have that is if you explicitly shared it with them.

If you share your draft's URL with someone, they'll be able to join you for some live collaborative editing!

Keep in mind, though, that once you share the link with someone, the link is out there. The person you shared with can themselves share the link with anyone they want, who can share the link with anyone, and so on.

If you shared your draft's URL with someone and don't want them to be able to access it anymore, you can change the draft's permissions to control who among those who might have the link can successfully access the page. You can change the draft's permissions by selecting the lock icon next to **Publish.**

**Publish**

Confluence creates a new version of your work each time you edit and publish. This means that you can go back and see your page history, and, if necessary, revert back to a previous version of your work.

Publishing closes the editor and takes you back to viewing the page. Once a page is published, you can find it in the page tree, under the parent page from which it was created. If you publish a blog post, it will live in the blog, which is organized chronologically. It's easy to move and reorganize pages, so you don't have to worry if you've published to the wrong place.

**Publish with version comment**

Once you've decided to add a comment to the page or blog you are publishing, you can easily decide if your watchers get notified.

To notify people watching the page, select the **Notify watchers** checkbox. Any change comments you added are included in the notification email. The **Notify watchers** checkbox remembers your last selection for each page, so if you choose not to notify people, the checkbox will be deselected for you next time you edit that page.

Further, see the screen shots below taken from the Confluence cloud-based software illustrate a second user interface being presented to a second user viewing a page in the Confluence software.

The "First Page" from a second user's view (User: HK).

11



This image is a zoomed in image of the top portion of the above image showing the second user (HK).



| | |
|---|---|
| a messaging cloud including: | Confluence includes a messaging cloud.<br><br>For example, the following excerpts from Confluence's websites provide that: "Confluence [Cloud] is a collaboration tool that brings people, knowledge, and ideas together in a shared workspace..."  Confluence allows users to "[b]uild, organize, and collaborate on work in one place from virtually anywhere;" and "[k]eep all your work at your fingertips.  Stay up to date and move work forward with Confluence Cloud..."<br><br>See Confluence Support https://support.atlassian.com/confluence-cloud/docs/what-is-confluence-cloud/ |



See Confluence https://www.atlassian.com/software/confluence





Further, Atlassian provides for a specific Terms of Service for cloud products and provides that the Cloud Terms of Service do not cover downloadable software products such as "server" and "data center" deployments.  Additionally, when subscribing to Confluence a cloud subscription option is available.

See Atlassian Cloud Terms of Service https://www.atlassian.com/legal/cloud-terms-of-service



**1. What these Terms cover.**

**1.1.** <u>Cloud Products</u>. These Terms govern our Cloud Products, related Support, and Additional Services. These Terms include Our Policies (including our Privacy Policy), the Product-Specific Terms, and your Orders.

**1.2.** <u>Product-Specific Terms</u>. Some Cloud Products may be subject to additional terms specific to that product as set forth in the Product-Specific Terms. By accessing or using a product covered by the Product-Specific Terms, you also agree to the Product-Specific Terms.

**1.3.** <u>Expanded Coverage Addendum</u>. Certain qualifying Cloud Products are also subject to the Expanded Coverage Addendum, as specified in such terms.

**1.4.** <u>Software Products Not Covered</u>. These Terms do not apply to our downloadable software products (currently designated as "Server" and "Data Center" deployments), use of which requires a separate license agreement with us. For clarity, however, any client software (e.g., a desktop or mobile application) we provide as part of the Cloud Products themselves remains subject to these Terms.

See Atlassian's Confluence Pricing options
https://www.atlassian.com/purchase/product/confluence.ondemand



| | |
|---|---|
| at least one database of rich media data, and | The Confluence messaging cloud includes at least one database of rich media data.<br><br>For example, the following excerpts from Confluence's websites provide that: "[y]ou can upload your own emojis through the emoji insert tool.  Image file types must be a JPG, PNG, or GIF and can't be larger than 1MB.  Regardless of the original file's dimensions, the emoji created will be 20 pixels by 20 pixels."  Confluence also provides for the insertion of symbols, special characters and emoji.<br><br>See Confluence Support https://support.atlassian.com/confluence-cloud/docs/use-symbols-emojis-and-special-characters/#Usesymbols-emojis-andspecialcharacters-Addyourownemoji |

**Add your own emoji**

You can upload your own emojis through the emoji insert tool.  Image file types must be a JPG, PNG, or GIF and can't be larger than 1MB.  Regardless of the original file's dimensions, the emoji created will be 20 pixels by 20 pixels.

1. Click the emoji item in the toolbar
2. Click **Add your own emoji**
3. Enter a name for the emoji
4. Click **Choose file**
5. Browse for and select the file
6. Click **Open**

Further the screen shots below taken from the Confluence cloud-based software illustrates the presence of a database including rich media data that is accessible to the user across different platforms and devices:

Image of user requesting to insert an emoji/rich media data from Confluence's cloud database of emoji and custom emoji (JPG, PNG, or GIF).



Zoomed in view of the rich media data available in Confluence's cloud database for a specific user.



Another user's database of emojis from Confluence's cloud database.



| | |
|---|---|
| a semantic model, the semantic model configured to: | The Confluence messaging cloud includes a semantic model at least configured to perform as required by the limitations indicated below.

For example, the following excerpts from Confluence's websites provide that when adding custom emoji (rich media data) a user can name the custom emoji which provides a semantically modeled unique identifier for each custom emoji.

See Confluence Support https://support.atlassian.com/confluence-cloud/docs/use-symbols-emojis-and-special-characters/#Usesymbols-emojis-andspecialcharacters-Addyourownemoji |

## Add your own emoji

You can upload your own emojis through the emoji insert tool.  Image file types must be a JPG, PNG, or GIF and can't be larger than 1MB.  Regardless of the original file's dimensions, the emoji created will be 20 pixels by 20 pixels.

1. Click the emoji item in the toolbar
2. Click **Add your own emoji**
3. Enter a name for the emoji
4. Click **Choose file**
5. Browse for and select the file
6. Click **Open**

| | |
|---|---|
| categorize a personalized image library based on contact data and emotional state data: | As indicated above, Confluence includes a semantic model.  Confluence's semantic model is configured to categorize a personal image library based on contact data and emotional state data.<br><br>For example, screen shots below taken from the Confluence cloud-based software illustrate a personalized image library as categorized based on contact data and emotional state data in the Confluence system.<br><br>Image of user EB Atlassian home screen illustrating user EB has access to two Confluence sites: dewittllp and paiddewitt.<br><br><br><br>Image of user HK's custom emoji uploads and all uploads for dewittllp Confluence site. |



Image of the users with access to the dewittllp Confluence site.



Image of user HK's custom emoji uploads and all uploads for paiddewitt Confluence site.



Image of users with access to the paiddewitt Confluence site.



Image of searching for emotional state "laughing" emoji on Confluence.



Image of searching for emotional state "location" emoji on Confluence.



| | |
|---|---|
| receive a contact data input from the first user device: | As indicated above, Confluence includes a semantic model.  Confluence's semantic model is configured to receive contact data input from the first user device. |

For example, screen shots below taken from the Confluence cloud-based software illustrate that first user EB logs into Atlassian on EB's user device and can select from one of two Confluence sites: dewittllp or paiddewitt.  Depending on the site selected, the system will receive different contact data.

Image of first user, EB's, Atlassian home page showing access to multiple Confluence sites.



Image of the users with access to the dewittllp Confluence site.



Image of users with access to the paiddewitt Confluence site.



| receive an emotional state data input from the first user device; and | As indicated above, Confluence includes a semantic model.  Confluence's semantic model is configured to receive emotional state data input from the first user device.<br><br>For example, screen shots below taken from the Confluence cloud-based software illustrate that the semantic model of the Confluence system receives emotional state data from first user (EB).<br><br>Receiving emotional state data for "location" from first user's input.<br><br><br><br>Zoomed in image. |



| | |
|---|---|
| automatically select an image for insertion into a message from a plurality of images in the personalized image library based on the received contact data and received emotional state data, and | As indicated above, Confluence includes a semantic model.  Confluence's semantic model is configured to automatically select an image for insertion into a message from a plurality of images in the personalized image library based on the received contact data and received emotional state data.

For example, screen shots below taken from the Confluence cloud-based software illustrate that based on the received contact data (discussed above) and based on the received emotional state data (discussed), the Confluence system will automatically insert an image into a message.

Automatic selection and insertion of custom emoji (from the plurality of emoji in the first user's personal image library) for received contact data and emotional state data ("location"), where the message only consists of the custom emoji.

Automatically selected. |



Automatically inserted.

| | |
|---|---|
| wherein the database is a Media Messaging Platform. | The at least one rich media database of the Confluence system is incorporated as a Media Messaging Platform. |

|  | As shown below, the accused software system, Confluence, provides for a Media Messaging Platform between users (e.g., groups, teams, individuals, etc.) in conjunction with the database of rich media data.  For example, the following excerpts from Confluence's websites provide that: "Confluence is your remote-friendly team workspace where knowledge and collaboration meet. Build, organize, and collaborate on work in one place from virtually anywhere;" and "make it a team effort with in-line and page comments, likes, and visual elements such as images, GIFs, and emojis."<br><br>See https://www.atlassian.com/software/confluence. |



See also Confluence Features https://www.atlassian.com/software/confluence/features



Further the screen shot below taken from the Confluence cloud-based software illustrates the use of the database of rich media data in conjunction with the Media Messaging Platform.



| a messaging service configured to: | Confluence includes a messaging service.

For example, the following excerpts from Confluence's websites provide that: "make it a team effort with in-line and page comments, likes, and visual elements such as images, GIFs, and emojis."

See Confluence Features https://www.atlassian.com/software/confluence/features |



Further the screen shots below taken from the Confluence cloud-based software illustrate the use of at least one of the messaging services in the Confluence system.



Zoomed in image of a different messaging session.



| | |
|---|---|
| receive a message, the message including a rich media data request from the first user device, | As discussed above, Confluence includes a messaging service.  Confluence's messaging service is configured to receive a message, where the message includes a rich media data request from the first user device.<br><br>For example, the following excerpts from Confluence's websites provide that a first user can send messages to teammates.  I.e., "alert your teammates when you tag them or assign a task so everyone stays on top of progress;" "share information between teams and the entire company;" and "make it a team effort with in-line and page comments, likes, and visual elements such as images, GIFs, and emojis."<br><br>See Confluence Features https://www.atlassian.com/software/confluence/features |



| | Further, the screen shot below taken from the Confluence cloud-based software illustrates the messaging service receiving a message from the first user (EB) on EB's user device and illustrates the message including a request for rich media data related to "location."  |
| --- | --- |
| retrieve the requested rich media data from the at least one database of rich media data, | As discussed above, Confluence includes a messaging service.  Confluence's messaging service is configured to retrieve the requested rich media data from the at least one database of rich media data.<br><br>For example, the screen shots below taken from the Confluence cloud-based software illustrate the messaging service receiving a message with a rich media request and retrieving the requested rich media data from the database.<br><br>Messaging service retrieving the rich media data for the request of rich media data for "location." |



Messaging service retrieving rich media data for the request for "smile."



| | |
|---|---|
| insert the retrieved rich media data into the message while maintaining text flow, and | As discussed above, Confluence includes a messaging service.  Confluence's messaging service is configured to insert the retrieved rich media data into the message while maintaining text flow.<br><br>For example, the following excerpt from Confluence's websites provide that "you can also add emojis to your page using keyboard shortcuts."<br><br>See Confluence Support, https://support.atlassian.com/confluence-cloud/docs/use-symbols-emojis-and-special-characters/ |



Further, the screen shots below taken from the Confluence cloud-based software illustrates the messaging service receiving the request for rich media data, retrieving the requested rich media data and inserting the requested rich media data while maintaining text flow.

Request and retrieval of rich media data.



Insertion of rich media data maintained within the text flow of the message.





| | |
|---|---|
| present the message to the second user device via the second user interface; and | As discussed above, Confluence includes a messaging service.  Confluence's messaging service is configured to present the message to the second user device via the second user interface.<br><br>For example, the following excerpts from Confluence's websites provide that a second user can see the first user's messages.  I.e., "[o]nce the page has been published, any unresolved comments can be seen by page viewers;" and "once you've decided to add a comment to the page of blog you are publishing, you can easily decide if your watchers get notified." |

See https://support.atlassian.com/confluence-cloud/docs/create-edit-and-publish-a-page/

## Collaborative editing

You and up to 11 teammates can edit a page together in real time in Confluence. Changes save and sync automatically so that everyone editing sees the same thing.



1. **Avatars** — People who are currently editing have colored avatars, while people who made edits and left the page appear in greyscale.
2. **Invite to edit** —Select the plus sign to invite others to edit your page with you from inside the editor. Either copy and send them the page link, or send them a Confluence notification, which will reach them via email and workbox.

> ℹ️ Inline comments can be added while editing a page. Only those in your editing session can see, reply to, and resolve the comments. Once the page has been published, any unresolved comments can be seen by page viewers. See Comment on pages and blog posts.

## Publish

Confluence creates a new version of your work each time you edit and publish. This means that you can go back and see your page history, and, if necessary, revert back to a previous version of your work.

Publishing closes the editor and takes you back to viewing the page. Once a page is published, you can find it in the page tree, under the parent page from which it was created. If you publish a blog post, it will live in the blog, which is organized chronologically. It's easy to move and reorganize pages, so you don't have to worry if you've published to the wrong place.

### Publish with version comment

Once you've decided to add a comment to the page or blog you are publishing, you can easily decide if your watchers get notified.

To notify people watching the page, select the **Notify watchers** checkbox. Any change comments you added are included in the notification email. The **Notify watchers** checkbox remembers your last selection for each page, so if you choose not to notify people, the checkbox will be deselected for you next time you edit that page.

Further, the screen shots below taken from the Confluence cloud-based software illustrate the message being presented to a second user (HK) on HK's user device.



| | |
|---|---|
| a network operably coupling the first user device, the second user device, and the messaging cloud, | Confluence includes a network operably coupling the first user device, the second user device and the messaging cloud.<br><br>For example, the following excerpts from Confluence's websites provide that first and second user devices are connected to the messaging cloud by a network so teams can collaborate.  I.e., "you and your team can work on pages together. You can write at the same time, give each other feedback, and compare page versions to see what's changed."<br><br>See Confluence Support https://support.atlassian.com/confluence-cloud/docs/create-edit-and-publish-a-page/<br><br>## Create, edit, and publish a page<br><br>Pages are the content that makes up the information in a space.<br><br>In Confluence, you and your team can work on pages together. You can write at the same time, give each other feedback, and compare page versions to see what's changed.<br><br>Further, the screen shot below taken from the Confluence cloud-based software illustrates a message being posed by a first user (EB) on a first user device to the cloud messaging service and a message being posed by a second user (HK) on a second user device to the cloud messaging service through use of the network. |



| | |
|---|---|
| wherein the message is originally formatted on the first user device via the first user interface such that the rich media data request is within the message. | As discussed above, Confluence includes a messaging service.  Confluence's messaging service provides for a message that is originally formatted on the first user device via the first user interface such that the rich media data request is within the message.<br><br>For example, the screen shot below taken from the Confluence cloud-based software illustrates the first user (EB) entering a message on EB's user device in EB's user interface where the rich media data request for "location" is contained in the message. |

