# Exhibit 3

**Atlassian (Jira) Claim Chart For U.S. Patent 9,565,149**

*Preliminary based on best available information*

| US Pat. No. 9,565,149 | Jira ("Accused Product") |
|---|---|
| 1. A communications system comprising: | Jira is a communication system.<br><br>As shown below, the accused software system, Jira, provides for communication between users (e.g., groups, teams, individuals, etc.).  For example, the following excerpts from Jira's websites provide that: "[c]reate user stories and issues, plan sprints, and distribute tasks across your software team...Prioritize and discuss your team's work in full context with complete visibility."<br><br>See https://www.atlassian.com/software/jira |



Further, the screen shot below taken from the Jira cloud-based software illustrates the at least one of the communication systems in Jira.



| a first user device presenting a first user interface; | Jira utilizes a first user device presenting a first user interface. |
| --- | --- |

For example, the following excerpts from Jira's websites provide that: "sketch out the big picture, communicate plans with stakeholders, and ensure your roadmap connects to your team's work – all in a few clicks in Jira Software Cloud."

See https://www.atlassian.com/software/jira/features



Further, the screen shots below taken from the Jira cloud-based software illustrate a first user interface being presented to a first user by the Jira software.

The "Board" from paiddewitt site from a first user's view (User: HK).



Zoomed in versions of the above image showing HK as the first user.

| a second user device presenting a second user interface; | Jira utilizes a second user device presenting a second user interface.<br><br>For example, the following excerpts from Jira's websites provide that: "[t]eams have access to more than a dozen out-of-the-box reports with real-time, actionable insights into how their team is performing sprint over sprint."<br><br>See https://www.atlassian.com/software/jira/features |
| --- | --- |

5



Further, "Collaborating with customers and teammates is more important than predefined arrangements."
See https://www.atlassian.com/agile



Further, the screen shots below taken from the Jira cloud-based software illustrate a second user interface being presented to a second user viewing a page in the Jira software.

The "Board" from paiddewitt site from the second user's view (User 2: EB).



| | A zoomed in view of the "Board" page showing second user (EB). |
|---|---|
| |  |
| a messaging cloud including: | Jira includes a messaging cloud.<br><br>For example, the following excerpts from Jira's websites provide that: "[w]ith Jira Software Cloud, we host and set up your Jira software site in the cloud for you.  This is generally the best option for teams who want to get started quickly and easily, and for teams who don't want to manage the technical complexity of hosting themselves."<br><br>See https://www.atlassian.com/software/jira/guides/getting-started/overview#jira-software-hosting-options |

| | Further, a "Board" in Jira "can be accessed by any team member at any time, everyone clearly understands what's on his or her plate, and can quickly identify any blockers."<br><br>See https://www.atlassian.com/software/jira/features/scrum-boards |
|---|---|



Additionally, Atlassian provides for a specific Terms of Service for cloud products and provides that the Cloud Terms of Service do not cover downloadable software products such as "server" and "data center" deployments.  Additionally, when subscribing to Confluence a cloud subscription option is available.

See Atlassian Cloud Terms of Service https://www.atlassian.com/legal/cloud-terms-of-service



**1. What these Terms cover.**

**1.1.** Cloud Products. These Terms govern our Cloud Products, related Support, and Additional Services. These Terms include Our Policies (including our Privacy Policy), the Product-Specific Terms, and your Orders.

**1.2.** Product-Specific Terms. Some Cloud Products may be subject to additional terms specific to that product as set forth in the Product-Specific Terms. By accessing or using a product covered by the Product-Specific Terms, you also agree to the Product-Specific Terms.

**1.3.** Expanded Coverage Addendum. Certain qualifying Cloud Products are also subject to the Expanded Coverage Addendum, as specified in such terms.

**1.4.** Software Products Not Covered. These Terms do not apply to our downloadable software products (currently designated as "Server" and "Data Center" deployments), use of which requires a separate license agreement with us. For clarity, however, any client software (e.g., a desktop or mobile application) we provide as part of the Cloud Products themselves remains subject to these Terms.

See Atlassian's Jira Pricing options https://www.atlassian.com/software/jira/pricing



| | |
|---|---|
| at least one database of rich media data, and | The Jira messaging cloud includes at least one database of rich media data.<br><br>For example, the following excerpts from Jira's websites provide that: you can "[l]et your team's personality shine by using custom emojis to describe content in description fields and comments."<br><br>See https://support.atlassian.com/jira-software-cloud/docs/use-custom-emojis-to-help-describe-an-issue/<br><br> |

| | "The Jira template library houses dozens of templates across a variety of different categories, and is designed to get your team started quickly and successfully."<br><br>See https://www.atlassian.com/software/jira/guides/getting-started/basics#step-1-create-a-project |
|---|---|



### ◆ Jira Software

Features    Product guide    Pricing    Enterprise                    **Get it free**

← Guides home

**Guide 1: Get started with Jira Software**

   A brief overview of Jira

   **Getting started with Jira Software tutorial: 6 basic steps**

     • Step 1 - Create a project

     Step 2 - Pick a template

     Step 3 - Set up your columns

     Step 4 - Create an issue

     Step 5 - Invite your team

     Step 6 - Move work forward

   Jira best practices

   Jira mobile apps

**Guide 2: Explore Jira use cases**

**Guide 3: Expand Jira Software**

**Guide 4: Jira Software for Developers**

**Guide 5: Jira Roadmaps**

## Step 1 - Create a project

1   In the top-left corner, click the Jira home icon ( 🚀, ⚡, ✦, 🔁 )

2   In the top-right corner, select Create project.

## Step 2 - Pick a template

The Jira template library houses dozens of templates across a variety of different categories, and is designed to get your team started quickly and successfully. You can choose a template from all the Jira products you own (Jira Software, Jira Service Management, and Jira Work Management). Today, Jira Software offers three templates:

SCRUM

For agile teams that work from a backlog, plan and estimate their work in sprints, and deliver work on a regular schedule.

KANBAN

For agile teams that monitor work in a continuous flow (rather than in sprints), with a focus on managing in-progress work. (Includes the option of a kanban backlog.)

BUG TRACKING

For teams that don't need boards and prefer to manage development tasks and bugs in a list view.

### Project Types

For the scrum and kanban templates only, you will also be prompted to choose a project type.

• **Team-managed projects** are suited for independent teams who want to control their own working processes and practices in a self-contained space.

• **Company-managed projects** are set up and maintained by Jira admins. This project type is designed for teams who want to standardize a way of working across many teams, such as sharing a workflow.

The fundamental difference between the two project types is how they are administered, and whether that occurs at the team level or at a company/Jira admin level. Looking for more information about how company-managed and team-managed projects? Learn more here

"Team-managed templates are administered at the project level and are ideal for independent teams who want to control their own working processes and practices in a self-contained space."

See https://www.atlassian.com/software/jira/whats-new/core-experiences#overview



"You can quickly react using a popular set of emoji, or use the full emoji picker for a larger emotional range."

See https://support.atlassian.com/jira-software-cloud/docs/watch-share-and-comment-on-an-issue/#Watch-vote-share-andcommentonissues-Commentonissues



Further, the screen shots below taken from the Jira cloud-based software illustrate the presence of a database including rich media data that is accessible to the user across different platforms and devices.

Image of a user requesting to insert an emoji/rich media data from Jira's cloud database of emoji and custom emoji (JPG, PNG, or GIF) called "Smile."



Zoomed in view of the rich media data available in Jira's cloud database for a specific user.



Another user's database of emojis from Jira's cloud database.



| a semantic model, the semantic model configured to: | The Jira messaging cloud includes a semantic model at least configured to perform as required by the limitations indicated below.

For example, the following excerpts from Jira's websites provide that when adding custom emoji (rich media data) a user can name the custom emoji which provides a semantically modeled unique identifier for each custom emoji.  "The next time you search for an emoji, you'll be able to find your new custom emoji." |

See https://support.atlassian.com/jira-software-cloud/docs/use-custom-emojis-to-help-describe-an-issue/



Further, screen shot below taken from the Jira cloud-based software illustrate that Jira tracks which user uploaded custom emoji, and provides users with all uploaded custom emoji available to the user. These constraints illustrate that the system uses semantic modeling for user's emoji.

E.g., image illustrating Jira presenting a user with custom emoji uploaded by the user and available to the user and with custom emoji uploaded by the user and other users that are available to the user.

23



Another user's database of emojis from Jira's cloud database.



| categorize a personalized image library based on contact data and emotional state data; | As indicated above, Jira includes a semantic model.  Jira's semantic model is configured to categorize a personal image library based on contact data and emotional state data.<br><br>For example, screen shots below taken from the Jira cloud-based software illustrate a personalized image library as categorized based on contact data and emotional state data in the Jira system.<br><br>Image of user HK Atlassian home screen illustrating user HK has access to two Jira sites: dewittllp and paiddewitt. |



Image of user HK's custom emoji uploads and all uploads for the dewittllp Jira site.

Image of the users with access to the dewittllp Jira site.



Image of user HK's custom emojis and all uploads for the paiddewitt Jira site.



Image of the users with access to the paiddewitt Jira site.



Image of searching for emotional state: "sleepy" emoji in Jira.



Image of searching for emotional state "location" emoji in Jira.



| receive a contact data input from the first user device; | As indicated above, Jira includes a semantic model.  Jira's semantic model is configured to receive contact data input from the first user device.<br><br>For example, screen shots below taken from the Jira cloud-based software illustrate that first user EB logs into Atlassian on EB's user device and can select one of two Jira sites: dewittllp or paiddewitt. Depending on the site selected, the system will receive different contact data.<br><br>Image of first user, HK's, Atlassian home page showing access to multiple Jira sites. |



Image of the users with access to the dewittllp Jira site.



Image of the users with access to the paiddewitt Jira site.



| receive an emotional state data input from the first user device; and | As indicated above, Jira includes a semantic model.  Jira's semantic model is configured to receive emotional state data input from the first user device. |
| --- | --- |

<table>
<tr><td></td><td>

For example, screen shots below taken from the Jira cloud-based software illustrate that the semantic model of the Jira system receives emotional state data from first user (HK).

Receiving emotional state data for "sleepy" from first user's input.



</td></tr>
<tr><td>

automatically select an image for insertion into a message from a plurality of images in the personalized image library based on the received contact data and received emotional state data, and

</td><td>

As indicated above, Jira includes a semantic model.  Jira's semantic model is configured to automatically select an image for insertion into a message from a plurality of images in the personalized image library based on the received contact data and received emotional state data.

For example, screen shots below taken from the Jira cloud-based software illustrate that based on the received contact data (discussed above) and based on the received emotional state data (discussed above), the Jira system will automatically inset an image into the message.

</td></tr>
</table>

| | Automatic selection and insertion of custom emoji (from the plurality of emoji in the first user's personal image library) for received contact data and emotional state data ("sleepy"). |
| | Automatically selected. |



Automatically Inserted.



| | |
|---|---|
| wherein the database is a Media Messaging Platform, | The at least one rich media database of the Jira system is incorporated as a Media Messaging Platform.<br><br>As shown below, the accused software system, Jira, provides for a Media Messaging Platform between users (e.g., groups, teams, individuals, etc.) in conjunction with the database of rich media |

| | data.  For example, the following excerpts from Jira's website provide that a "Board" in Jira "can be accessed by any team member at any time, everyone clearly understands what's on his or her plate, and can quickly identify any blockers." |
| | |
| | See https://www.atlassian.com/software/jira/features/scrum-boards |



| | |
|---|---|
| | Further, the screen shot below taken from Jira cloud-based software illustrates the use of the database of rich media data in conjunction with the Media Messaging Platform.<br><br> |
| a messaging service configured to: | Jira includes a messaging service.<br><br>For example, the following excerpts from Jira's websites provide that a "Board" in Jira "can be accessed by any team member at any time, everyone clearly understands what's on his or her plate, and can quickly identify any blockers."<br><br>See https://www.atlassian.com/software/jira/features/scrum-boards |



Further, Jira's websites provide that users of a Jira site can invite others to join the site and "leave comments on issues so that everyone on the team can follow what's going on."

See https://www.atlassian.com/software/jira/guides/getting-started/basics#step-5-invite-your-team





Further the screen shots below taken from Jira cloud-based software illustrate the use of at least one of the messaging services in the Jira system.



A zoomed in view of the messaging services in the Jira system.



| | |
|---|---|
| receive a message, the message including a rich media data request from the first user device, | As discussed above, Jira includes a messaging service.  Jira's messaging service is configured to receive a message, where the message includes a rich media data request from the first user device.<br><br>For example, the following excerpts from Jira's website provide that a first user can send messages to teammates. I.e., "Comments can range from simple text updates to let the watchers know what's happening on the issue, to code snippets, images, tables, and more."<br><br>See https://support.atlassian.com/jira-software-cloud/docs/watch-share-and-comment-on-an-issue/#Watch-vote-share-andcommentonissues-Commentonissues |



Jira's websites further provide, "leave comments on issues so that everyone on the team can follow what's going on."

See https://www.atlassian.com/software/jira/guides/getting-started/basics#step-5-invite-your-team



Further, the screen shot below taken from the Jira cloud-based software illustrates the messaging service receiving a message from the first user (HK) on HK's user device and illustrates the message including a request for rich media data related to "sleepy."



| | |
|---|---|
| retrieve the requested rich media data from the at least one database of rich media data, | As discussed above, Jira includes a messaging service.  Jira's messaging service is configured to retrieve the requested rich media data from the at least one database of rich media data.<br><br>For example, the screen shots below taken from the Jira cloud-based software illustrates the messaging service receiving a message with a rich media request and retrieving the requested rich media data from the database.<br><br>Messaging service retrieving the rich media data for the request of rich media data for "sleepy." |



Messaging service retrieving rich media data for the request for "smile."

| insert the retrieved rich media data into the message while maintaining text flow, and | As discussed above, Jira includes a messaging service.  Jira's messaging service is configured to insert the retrieved rich media data into the message while maintaining text flow.<br><br>For example, the following excerpt from Jira's websites provides that keyboard shortcuts can be used to inset emoji, tables, images, and more.<br><br>See https://support.atlassian.com/jira-software-cloud/docs/markdown-and-keyboard-shortcuts/ |



Further, the screen shots below taken from the Jira cloud-based software illustrates the messaging service receiving the request for rich media data, retrieving the requested rich media data and inserting the requested rich media data while maintaining text flow.

Request and retrieval of rich media data.



Insertion of rich media data maintained within the text flow of the message.



| | |
|---|---|
| present the message to the second user device via the second user interface; and | As discussed above, Jira includes a messaging service.  Jira's messaging service is configured to present the message to the second user device via the second user interface.<br><br>For example, the following excerpts from Jira's websites provide that a second user can see the first user's messages.  I.e., "leave comments on issues so that everyone on the team can follow what's going on."<br><br>See https://www.atlassian.com/software/jira/guides/getting-started/basics#step-5-invite-your-team<br><br> |

Also, "Keep your team in the loop with team @mentions."

See https://www.atlassian.com/software/jira/whats-new/core-experiences#shipped



Further, the screen shots below taken from Jira cloud-based software illustrate the message being presented to a second user (EB) on EB's user device.

Image showing a user mention.



Presenting the message including an emoji and text to the second user.



| a network operably coupling the first user device, the second user device, and the messaging cloud, | Jira includes a network operably coupling the first user device, the second user device and the messaging cloud.

For example, the following excerpts from Jira's websites provide that the first and second user devices are connected to the messaging cloud by a network so teams can collaborate.  I.e. "[y]ou'll often be working on Jira issues as part of a team, so it's important you can share what's happening to |

keep your team up to date.  You'll also need to keep up with the progress of issues you may not be directly working on.  This is where watching, sharing, and comments come in."

See https://support.atlassian.com/jira-software-cloud/docs/watch-share-and-comment-on-an-issue/#Watch-vote-share-andcommentonissues-Commentonissues



Further, the screen shot below taken from the Jira cloud-based software illustrates a message being posed by a first user (HK) on a first user device to the messaging cloud service and a messaging being posed by a second user (EB) on a second user device to the cloud messaging service through use of the network.



| wherein the message is originally formatted on the first user device via the first user interface such that the rich media data request is within the message. | As discussed above, Jira includes a messaging service. Jira's messaging service provides for a message that is originally formatted on the first user device via the first user interface such that the rich media data request is within the message.<br><br>For example, the screen shot below taken from the Jira cloud-based software illustrates the first user (HK) entering a message on HK's user device in HK's user interface where the rich media data request for "sleepy" is contained in the message.<br><br> |
| | |