# Exhibit 4

**Atlassian (Trello) Claim Chart For U.S. Patent 9,565,149**

*Preliminary based on best available information*

| US Pat. No. 9,565,149 | Trello ("Accused Product") |
|---|---|
| 1. A communications system comprising: | Trello is a communication system.<br><br>As shown below, the accused software system, Trello, provides for communication between users (e.g., groups, teams, individuals, etc.).  For example, the following excerpts from Trello's websites provide that: "Trello helps teams move work forward.  Collaborate, manage projects, and reach new productivity peaks.  From high rises to home office, the way your team works is unique- accomplish it all with Trello." Further, "Manage projects, organize tasks, and build team spirit – all in one place."  Further, "[o]pen any card to uncover an ecosystem of checklists, due dates, attachments, conversations, and more."<br><br>See Trello Home https://trello.com/home |



**DIVE INTO THE DETAILS**

## Cards contain everything you need

Trello cards are your portal to more organized work—where every single part of your task can be managed, tracked, and shared with teammates. Open any card to uncover an ecosystem of checklists, due dates, attachments, conversations, and more.

**+ Learn more**



Further the screen shot below taken from the Trello cloud-based software illustrates the use of at least one communication system in Trello.



| | |
|---|---|
| a first user device representing a first user interface; | Trello utilizes a first under device presenting a first user interface.<br><br>For example, the following excepts from Trello's websites provide: "Start with a Trello board, lists and cards.  Customize and expand with more features as your teamwork grows. Manage projects, organize tasks, and build team spirit – all in one place."<br><br>See Trello Home https://trello.com/home<br><br>## It's more than work. It's a way of working together.<br><br>Start with a Trello board, lists, and cards. Customize and expand with more features as your teamwork grows. Manage projects, organize tasks, and build team spirit—all in one place.<br><br>Further, the screen shots below taken from the Trello Cloud-based software illustrate a first user interface being present to a first user the by Trello software.<br><br>The "Second Board" from "Heather Workspace" from a first user's view (User: HK). |



Zoomed in verson of the above image showing HK as first user.

| | |
|---|---|
| a second user device presenting a second user interface; | Trello utilizes a second user device presenting a second user interface.<br><br>For example, the following excerpts from Trello's websites provide that: "[w]hether it's a crew of 20 or 2,000, Trello grows alongside your ever-changing team with features for every step of the way."  Further, "invite the people you'll be working with to join your Workspace" and "to add members to a board, select 'Invite' from the board menu.  Search for a user by name or enter an email address to invite them to the board."<br><br>See Trello Tour https://trello.com/tour<br><br><br><br>See Screen shot of Trello Getting Started taken from the Trello cloud-based software. |



See Trello Help https://help.trello.com/article/717-adding-people-to-a-board



Further, see the screen shots below taken from the Trello cloud-based software illustrate a second user interface being presented to a second user viewing a page in the Trello software.

The "First Board" from "Heather Workspace" from a second user's view (User: EB).



| | |
|---|---|
| | Zoomed in verson of the above image showing EB as a second user.<br><br> |
| a messaging cloud including: | Trello incudes a messaging cloud.<br><br>For example, the following excepts from Trello's websites provide that "Trello is proudly a cloud-only product" and "Manage projects, organize tasks, and build team spirit – all in one place."<br><br>See Trello Frequently asked questions https://trello.com/pricing#25dbOs8QDg1KXvp9FlHjGw |



**Trello**

Go to your boards

## Frequently asked questions

\+ Does Trello offer a Premium free trial?

\+ Do you offer any discounted plans?

\+ What payment methods do you accept?

\+ How do I cancel my Trello Standard or Premium subscription?

\+ How are users counted towards billing?

\- Is there an on-premises version of Trello?

Trello is proudly a cloud-only product. We offer access via the web, desktop, and our awesome mobile apps.

\+ Can I have Trello Standard or Premium just for my own account?

\+ How secure is Trello?

See also Trello Home https://trello.com/home

12



Further, Atlassian provides for a specific Terms of Service for cloud products and provides that the Cloud Terms of Service do not cover downloadable software products such as "server" and "data center" deployments.

See Atlassian Cloud Terms of Service https://www.atlassian.com/legal/cloud-terms-of-service



## 1. What these Terms cover.

**1.1.** Cloud Products. These Terms govern our Cloud Products, related Support, and Additional Services. These Terms include Our Policies (including our Privacy Policy), the Product-Specific Terms, and your Orders.

**1.2.** Product-Specific Terms. Some Cloud Products may be subject to additional terms specific to that product as set forth in the Product-Specific Terms. By accessing or using a product covered by the Product-Specific Terms, you also agree to the Product-Specific Terms.

**1.3.** Expanded Coverage Addendum. Certain qualifying Cloud Products are also subject to the Expanded Coverage Addendum, as specified in such terms.

**1.4.** Software Products Not Covered. These Terms do not apply to our downloadable software products (currently designated as "Server" and "Data Center" deployments), use of which requires a separate license agreement with us. For clarity, however, any client software (e.g., a desktop or mobile application) we provide as part of the Cloud Products themselves remains subject to these Terms.

| | |
|---|---|
| at least one database of rich media data, and | The Trello messaging cloud includes at least one database of rich media data. |

For example, the following excerpts from Trello's websites provide that: "[w]ith paid subscriptions, you can also upload your own emoji."  Further images from Trello's websites show that Trello also contains at least one database of templates, emojis, etc.

See https://help.trello.com/article/1046-creating-custom-emoji-in-trello

16



See https://trello.com/templates/design



Further, the screen shots below taken from the Trello cloud-based software illustrates the presence of a database including rich media data that is accessible to the user across different platforms and devices:

Image of user requesting to insert an emoji/rich media data from Trello's cloud database of emoji and custom emoji (JPG, PNG, or GIF).



Images of rich media data available in Trello's cloud database.





| a semantic model, the semantic model configured to: | The Trello messaging cloud includes a semantic model at least configured to perform as required by the limitations indicated below.<br><br>For example, the following excerpts from Trello's websites provide that when adding custom emoji (rich media data) a user can name the custom emoji which provides a semantically modeled unique identifier for each custom emoji.<br><br>See https://help.trello.com/article/1046-creating-custom-emoji-in-trello |
|---|---|

# Creating custom emoji in Trello

## Uploading custom emojis

Trello features emojis that you can use in comments, checklist items, descriptions, and elsewhere. With paid subscriptions, you can also upload your own emoji.

To upload your custom emoji, first open a card on one of your boards. In the comment box, click on the smiley face to open the emoji menu, and then select "Upload Emoji".



Next, upload your image and give it a name so it can be used for autocomplete later. You can upload an image up to 10MB in size, and we'll resize it to fit within 64px by 64px.

After you upload and name your emoji, you'll see a preview of how the emoji will look both as text and as an image. Press the "Create Custom Emoji" button, and you're done! Your custom emoji will now be available for you to use on all of your boards.



| | |
|---|---|
| categorize a personalized image library based on contact data and emotional state data; | As indicated above, Trello includes a semantic model.  Trello's semantic model is configured to categorize a personal image library based on contact data and emotional state data.<br><br>For example, screen shots below taken from the Trello cloud-based software illustrate a personalized image library as categorized based on contact data and emotional state data in the Trello system.<br><br>Image of user HK's Trello site indicating user HK has access to three Trello workspaces: "Erin E Block's Paid Heather Workspace" and "Heather Workspace" and "Trello Testing" and access to different boards within each workspace.<br><br> |



Further, permissions for boards can be managed and changed, including types of users, commenting permissions, etc.

26

See https://help.trello.com/article/791-changing-permissions-on-a-board

https://help.trello.com/article/791-changing-permissions-on-a-board

## Commenting permissions

You can change who is allowed to comment on the cards on a board:

- **Disabled** - no one is allowed to comment.
- **Members** - Allow admins and normal members to comment. This is the default setting.
- **Members and Observers** - Allow admins, normal members, and observers to comment.
- **Workspace members** - Allow admins, normal members, observers, and Workspace members to comment.
- **Public members** - Allow any Trello member to comment. This option is only available for public boards.



## Invitations permissions

You can change who is allowed to add members to a board:

- **Admins** - Allow only board admins to add and invite others.
- **All Members** - Allow members and board admins to add and invite others. This is the default setting.



NOTE: You can toggle the setting "**Allow Workspace Members to Join**," which will allow any Workspace member to join the board without being invited. To enable this, the board must belong to a Workspace and the board cannot be private.





Example of user HK's custom uploads and standard emojis in Trello for specific emotional state data.



Image of user EB creating a custom emoji in Trello.



Image of card on a board where commenting permissions have been disabled.



Image of attempting to insert custom emoji in a card for a board where commenting permissions have been disabled.





| | |
|---|---|
| receive a contact data input from the first user device; | As indicated above, Trello includes a semantic model.  Trello's semantic model is configured to receive contact data input from the first user device.<br><br>For example, screen shots below taken from the Trello cloud-based software illustrate that first user HK logs into Trello on HK's user device and can select a workspace: "Erin E Block's Paid Heather Workspace," "Heather Workspace," or "Trello Testing," and can select from different boards within the workspaces.  Depending on which board in the workspace is selected, the system will receive different contact data.<br><br>Images of first user, HK's Trello page showing access to multiple Trello workspaces and boards within each workspace. |





Images of the various users in each of the Workspaces.





| receive an emotional state data input from the first user device; and | As indicated above, Trello includes a semantic model.  Trello's semantic model is configured to receive emotional state data input from the first user device.

For example, screen shots below taken from the Trello cloud-based software illustrate that the semantic model of the Trello system receives emotional state data from the first user (HK).

Receiving emotional state data for "hungry." |

Receiving emotional state data for "running."





| | |
|---|---|
| automatically select an image for insertion into a message from a plurality of images in the personalized image library based on the received contact data and received emotional state data, and | As indicated above, Trello includes a semantic model.  Trello's semantic model is configured to automatically selected an image for insertion into a message from a plurality of images in the personalized image library based on the received contact data and received emotional state data.<br><br>For example, screen shots below taken from the Trello cloud-based software illustrate that based on the received contact data (discussed above) and based on the received emotional state data (discussed above), the Trello system will automatically insert an image into a message.<br><br>Automatic selection and insertion of custom emoji (from the plurality of emoji in the first user's personal image library) for received contact data and emotional state data ("hungry"). |



| | |
|---|---|
| wherein the database is a Media Messaging Platform, | The at least one rich media database of the Trello system is incorporated as a Media Messaging Platform.

As shown below, the accused software system, Trello, provides for a Media Messaging Platform between users (e.g., groups, teams, individuals, etc.) in conjunction with the database of rich media data.  For example, the following excerpts from Trello's websites provide that: "Board Chat uses Trello & Atlassian's existing UI to make chatting familiar and easy for anyone to use;" "[r]eply to comments and make new cards from your inbox without even opening Trello;" and "[w]hether it's a crew of 20 or 2,000, Trello grows alongside your ever-changing team with features for every step of the way."

See https://trello.com/power-ups/60e30ce36985a680f69727ea/board-chat |



See also Trello Tour https://trello.com/tour



Further, the screen shot below taken from the Trello cloud-based software illustrates the use of the database of rich media data in conjunction with the Media Messaging Platform.



| | |
|---|---|
| a messaging service configured to: | Trello includes a messaging service.<br><br>For example, the following excerpts from Trello's websites provide that: "Trello is a collaboration tool that organizes your projects into boards.  In one glance, Trello tells you what's being worked on, who's working on what, and where something is in a process."<br><br>See https://help.trello.com/article/708-what-is-trello |



## What is Trello?

> We're going through some changes! Trello Teams are now Workspaces. Soon, all boards will be in a Workspace. You might see us mention Teams in a few places as we're going through these changes. Thanks for your patience!



Trello is a collaboration tool that organizes your projects into boards. In one glance, Trello tells you what's being worked on, who's working on what, and where something is in a process.

Imagine a white board, filled with lists of sticky notes, with each note as a task for you and your team. Now imagine that each of those sticky notes has photos, attachments from other data sources like BitBucket or Salesforce, documents, and a place to comment and collaborate with your teammates.

Now imagine that you can take that whiteboard anywhere you go on your smartphone, and can access it from any computer through the web. That's Trello!

Want to learn more? Check out Getting Started with Trello, our Trello Community or take a tour of Trello.

> Still can't find what you're looking for? Contact Us or check out Our Community .

### Sidebar

Getting started

Using Trello

**About Trello** >

My Trello account

Atlassian Access

Atlassian account

Apps

Butler

Power-Ups

Templates

Trello Business Class

Trello Enterprise

Trello Workspaces

Trello Views

Troubleshooting

Trello for Android

Trello for iOS

Trello cards contain "checklists, due dates, attachments, conversations, and more...emoji reactions included!"
See https://trello.com/home

**Trello**



DIVE INTO THE DETAILS

## Cards contain everything you need

Trello cards are your portal to more organized work–where every single part of your task can be managed, tracked, and shared with teammates. Open any card to uncover an ecosystem of checklists, due dates, attachments, conversations, and more.

– **Learn more**

Spin up a Trello card with a click, then uncover everything it can hold. Break down bigger card tasks into steps with file attachment previews, reminders, checklists and comments–emoji reactions included! Plus, gain powerful perspective by seeing all cards by list and status at the board level.

Your team can:

- Manage deadlines
- Provide and track feedback
- Assign tasks and hand off work
- Connect work across apps

Further the screen shot below taken from the Trello cloud-based software illustrates the use of at least one of the messaging services in the Trello



Test to Heather
in list Completed Projects
Description
Add a more detailed description...
Activity
Show details
HK
Write a comment...
Heather Kierzek Jul 22 at 4:10 PM
Edit - Delete
Heather Kierzek Jul 22 at 4:06 PM
@jtm35
Edit - Delete
Erin Block Jul 22 at 4:06 PM
@heatherkierzek
Reply
Heather Kierzek Jul 22 at 4:05 PM
Edit - Delete
SUGGESTED
Join
ADD TO CARD
Members
Labels
Checklist
Dates
Attachment
Cover
POWER-UPS
Confluence
Add Power-Ups
Get unlimited Power-Ups, plus much more.
Upgrade Workspace
AUTOMATION
Add button
ACTIONS
Move
Copy
Make template
Watch
Archive

system.

| | |
|---|---|
| receive a message, the message including a rich media data request from the first user device, | As discussed above, Trello includes a messaging service.  Trello's messaging service is configured to receive a message, where the message includes a rich media data request from the first user.<br><br>For example, the following excerpt from Trello's websites provides that a first user can send messages and have a conversation with teammates. I.e. "[y]ou can also add emoji to your comment from the smile icon beneath the comment input field or by using colons around your emoji term (I.e.: emoji:). Paid subscribers can upload custom emoji."<br><br>See https://help.trello.com/article/765-commenting-on-cards |



https://help.trello.com/article/765-commenting-on-cards

## Add emoji

You can also add emoji to your comment from the smile icon beneath the comment input field or by using colons around your emoji term (ie. :emoji:). Paid subscribers can upload custom emoji.

## Editing & Deleting

Edit or delete comments by clicking the "edit" or "delete" links beneath the comment. You can edit or delete any comment you make on any board. Although it's not possible to edit comments made by another user, board admins can delete comments made by any non-admins on their boards. Deleting a comment is permanent.

Michael Labrecque-Jessen  just now

askjsdgasdfg

☺ - Edit - Delete

## Sharing a link to a comment

To get a link to a specific comment, right-click the timestamp link under the comment and select your browsers "Copy Link" option.

Michael Labrecque-Jessen  just now

askjsdgasdfg

☺ - Edit - Delete

## Working with others

If another user is typing a comment at the same time as you, you'll see their avatar above the comment box, with a speech bubble.

Activity

Write a comment...

Comment

Further, the screen shots below taken from the Trello cloud-based software illustrate the messaging service receiving a message from the first user (HK) on HK's user device and illustrates the message including a request for rich media data related to "hungry."



| retrieve the requested rich media data from the at least one database of rich media data, | As discussed above, Trello includes a messaging service. Trello's messaging service is configured to retrieve the requested rich media data from the at least one database of rich media data.<br><br>For example, the screen shots below taken from the Trello cloud-based software illustrate the messaging service receiving a message with a rich media request and retrieving the requested rich media data from the database.<br><br>Messaging service retrieving the rich media data for the request of rich media data for "hungry." |
|---|---|



Messaging service retrieving rich media data for the request for "food."



| insert the retrieved rich media data into the message while maintaining text flow, and | As discussed above, Trello includes a messaging service.  Trello's messaging service is configured to insert the retrieved rich media data into the message while maintaining text flow.<br><br>For example, the following excerpt from Trello's websites provide that: "Trello has keyboard shortcuts!"  and that emojis can be used in comments with keyboard shortcuts.<br><br>See https://help.trello.com/article/798-using-keyboard-shortcuts-in-trello |



# Trello

Contact Us

Search

**CATEGORIES**

Getting started

**Using Trello** ›

About Trello

My Trello account

Atlassian Access

Atlassian account

Apps

Butler

Power-Ups

Templates

Trello Business Class

Trello Enterprise

Trello Workspaces

Trello Views

Troubleshooting

Trello for Android

Trello for iOS

🔵 Looking for Help Docs in another language? Check out this page for more information!

## Using keyboard shortcuts in Trello

Trello has keyboard shortcuts! Go to https://trello.com/shortcuts to see what they are.

You can also press Shift + [ ? ] on your keyboard while in Trello to view a list of shortcuts.

Here are some of the highlights:

- The "b" shortcut which opens the boards menu and lets you search for boards instantly. Press "b", type the first few letters of the board you're looking for, press enter, and you're there. It's the fastest way to switch boards.
- "f" opens the card filter while on a board. You can instantly start searching for cards by title. The filter will also suggest members and labels, so you can start typing "da" and it will suggest Daniel. Press enter to see cards assigned to him. Press "x" to clear a filter.
- "t" will edit the card title. You can press it while on the card back, or hover over a card, and the card will open up and then begin editing the chosen field.
- "j" and "k" select the card above or below the current card. So do the up and down arrows.
- Press "n" while hovering over any card to open the card composer right below the selected card.
- "c" while hovering over a card will archive that card.

Still can't find what you're looking for? Contact Us or check out Our Community .

*Last updated on March 29, 2021*

© Trello 2021. Powered by Help Scout

60

See also Trello Help https://help.trello.com/article/765-commenting-on-cards

## Add emoji

You can also add emoji to your comment from the smile icon beneath the comment input field or by using colons around your emoji term (ie. :emoji:). Paid subscribers can upload custom emoji.

Further, the screen shots below taken from the Trello cloud-based software illustrate the messaging service receiving the request for rich media data, retrieving the requested rich media data and inserting the requested rich media data while maintaining text flow.

Request and retrieval of rich media data.



Insertion of rich media data maintained within the flow of the message.



| present the message to the second user device via the second user interface; and | As discussed above, Trello includes a messaging service.  Trello's messaging service is configured to present the message to the second user device via the second user interface.

For example, the following excerpts from Trello's websites provide that a second user can see the first user's messages. I.e., "[w]ith the ability to view board data from many different angles, the entire team stays up-to-date in the way that suits them best" and "Trello cards are your portal to more organized work – where every single part of your task can be managed, tracked, and shared with teammates."

See https://trello.com/home |



**Trello**

DIVE INTO THE DETAILS

## Cards contain everything you need

Trello cards are your portal to more organized work—where every single part of your task can be managed, tracked, and shared with teammates. Open any card to uncover an ecosystem of checklists, due dates, attachments, conversations, and more.

– **Learn more**

Spin up a Trello card with a click, then uncover everything it can hold. Break down bigger card tasks into steps with file attachment previews, reminders, checklists and comments–emoji reactions included! Plus, gain powerful perspective by seeing all cards by list and status at the board level.

Your team can:

- Manage deadlines
- Provide and track feedback
- Assign tasks and hand off work
- Connect work across apps

Additionally, "[w]hen board Chat is out of view, we'll let you know of any unread messages right inside the chat button."

See https://trello.com/power-ups/60e30ce36985a680f69727ea/board-chat



## Unread Messages

When Board Chat is out of view, we'll let you know of any unread messages right inside the Chat button.

◇  Made by Tiny Power-Ups Club

📖 500 +    🔀 Bonus

### Categories

Communication & collaboration

Board utilities

✉ Contact support
ⓘ Privacy policy

🔒  Board Chat is in compliance with
Trello's data and privacy practices.

⭐ Part of the Tiny Power-Ups Club

- Free to use for 7 days
- Then, just **$1/month for unlimited individual access on unlimited boards** - for this and **all our Power-Ups**. (That includes future releases!)
- Team billing is coming soon!
- Check out the rest of the club here

Further, the screen shot below taken from the Trello cloud-based software illustrates the message being presented to the second user (EB) on EB's user device.



| a network operably coupling the first user device, the second user device, and the messaging cloud, | Trello includes a network operably coupling the first user device, the second user device and the messaging cloud. |
|---|---|
| | For example, the following excerpts from Trello's websites provide that first user and second user devices are connected to the messaging cloud by a network so teams can collaborate. I.e. "[t]o add members to a board, select 'invite' from the board menu.  Search for a user by name or enter an email address to invite them to a board." |
| | See https://help.trello.com/article/717-adding-people-to-a-board |



Further, the screen shots below taken from the Trello cloud-based software illustrate a message being posed by a first user (HK) on a first user device to the cloud messaging service and a message being posed by a second user (EB) on a second user device to the cloud messaging service through the use of the network.



| | |
|---|---|
| wherein the message is originally formatted on the first user device via the first user interface such that the rich media data request is within the message. | As discussed above, Trello includes a messaging service. Trello's messaging service provides for a message that is originally formatted on the first user device via the first user interface such that the rich media data request is within the message.<br><br>For example, the screen shots below taken from the Trello cloud-based software illustrate the first user (HK) entering a message on HK's user device in HK's user interface where the rich media data for "hungry" is contained within the message.<br><br> |